# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

**Donna Whigham,**

              Plaintiff,

         vs.

**Blue Max Trucking Inc**

              Defendant.

C/A No. 2:17-cv-00269-PMD-JDA

**ORDER OF DISMISSAL**

      The Court having been advised by counsel for the parties that the above action has been settled,

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

      The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within sixty (60) days from the filing date of this Order.

      **IT IS SO ORDERED.**

                                      PATRICK MICHAEL DUFFY
                                      United States District Judge

May 24, 2018

Charleston, South Carolina